PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff Finjan, Inc.

COOLEY LLP
ANTHONY M. STIEGLER (Bar No. 126414)
(astiegler@cooley.com)
PAUL BATCHER (Bar No. 266928)
(pbatcher@cooley.com)
BRIAN LAM (Bar No. 272624)
(blam@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

ORION ARMON (*pro hac vice*)
(oarmon@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:     (720) 566-4000
Facsimile:     (720) 566-4099

Attorneys for Defendant Websense, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEBSENSE, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  13-cv-04398 BLF<br><br>**STIPULATED REPORT AND RECOMMENDATION REGARDING CONSOLIDATION AND LIMITS ON PATENT CLAIMS AND PRIOR ART DEFENSES**<br><br>[Adopted by the Court, pursuant to four changes.] |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

106297819 v3               1.

CASE NO. 13-CV-04398 BLF
STIPULATED REPORT AND
RECOMMENDATION

Finjan, Inc. and Websense, Inc. attended a hearing with Special Master Brainerd on April 21, 2014 at JAMS in San Francisco, California. After oral argument by each party, an opportunity to confer, and receipt of Special Master Brainerd's recommendations, the Parties hereby stipulate to and request that the Special Master file with the Court the following Report and Recommendation.

The Parties' stipulated proposed Report and Recommendation results from Special Master Brainerd's analysis, experience and recommendations, and reflects the specific facts and circumstances of this case. Notably, the circumstances surrounding this stipulation and recommendations are unique to the patents, parties and accused products in this case. Neither Party intends to be bound by these limitations in any other litigation as other cases necessarily involve different patents, parties and products and such limitations may not be appropriate.

## I. CONSOLIDATION OF CASE NO. 13-CV-4398 BLF AND CASE NO. 14-CV-1353

The Special Master recommends consolidating Case Nos. 13-cv-4398 and 14-cv-1353 under Fed. R. Civ. P. 42. The cases involve the same parties, the same accused products, and the same outside counsel. The lead case, No. 13-cv-4398, has only progressed to service of infringement contentions, and, based on the proposed schedule below, it is not prejudicial to either party to place the two litigations on a single litigation schedule. Interests of justice, efficiency for the parties, and judicial economy favor consolidation based on the proposed schedule below. The Special Master, therefore recommends that the Court order that the two cases be consolidated under Fed. R. Civ. Proc. 42 for all purposes including trial, consistent with the proposed schedule below.

## II. LIMITS ON ASSERTED PATENT CLAIMS AND PRIOR ART REFERENCES

The Special Master recommends that the Court order limits on the number of patent claims asserted by the plaintiff in Case Nos. 13-cv-4398 and 14-cv-1353 in light of the Federal Circuit's holding in *In re Katz Interactive Call Processing Patent Litigation*, 639 F.3d 1303 (Fed. Cir. 2011) and to promote efficiency for the Parties and Court. The Special Master further recommends that the Court order limits on the number of prior art references Defendant may

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

106297819 v3        2.        CASE NO. 13-CV-04398 BLF
STIPULATED REPORT AND
RECOMMENDATION

assert to support invalidity defenses pursuant to 35 U.S.C. §§ 102 and 103 to promote efficiency for the Parties and Court.

Finjan shall limit its asserted patent claims, and Websense shall limit its asserted prior art references supporting defenses under 35 U.S.C. §§ 102 and 103 as follows:

| Event | Deadline |
|---|---|
| Finjan shall file a notice limiting its asserted patent claims by selecting from claims previously asserted in its Infringement Contentions no more than an average of five claims per patent, or no more than 25 claims total across all patents-in-suit.[1] | June 24, 2014 |
| Websense shall file a notice limiting its prior art invalidity defenses under 35 U.S.C. §§ 102 and 103 by selecting from references previously asserted no more than six anticipatory references and no more than four obviousness combinations[2] per patent-in-suit. | July 1, 2014 |
| Finjan shall file a notice further limiting its asserted patent claims by selecting from the subset of claims identified on June 24, 2014 no more than an average of four claims per patent or no more than 20 total across all patents-in-suit. | ~~21 days after the Court issues its Markman order~~ April 27, 2015 |
| Websense shall file a notice further limiting its prior art invalidity defenses under 35 U.S.C. §§ 102 and 103 by selecting from the subset of references identified on July 1, 2014 no more than four anticipatory and two obviousness combinations per patent-in-suit. | ~~35 days after the Court issues its Markman order~~ April 29, 2015 |

---

[1] For clarity, any reference to a total number of claims means that Finjan is able to select any number of claims from any asserted patent as long as the total number of claims does not exceed the total. For example, for the initial reduction in claims, Finjan may select 7 claims from one patent, 3 claims from another patent, and 5 claims from the remaining patents for a total of 25 claims.

[2] For clarity, an obviousness combination refers to a theory of invalidity and may contain additional references to support that theory. For example, an obviousness combination may be supported by a patent and two publications.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

106297819 v3

3.

CASE NO. 13-CV-04398 BLF
STIPULATED REPORT AND
RECOMMENDATION

| | |
|---|---|
| Finjan shall file a notice identifying the patent claims it will present at trial from the subset of patent claims selected at its last reduction no more than an average of three claims per patent, or 15 total across all patents-in-suit. | 14 days after the close of expert discovery |
| Websense shall file a notice identifying the prior art it will use to support its invalidity defenses under 35 U.S.C. §§ 102 and 103 at trial from the subset of prior art selected at its last reduction to no more than three anticipatory and one obviousness combination per patent-in-suit, or, in the alternative, no more than two anticipatory and two obviousness combinations (including any number of references) per patent-in-suit. | 21 days after the close of expert discovery |

The foregoing limits are appropriate in light of the current procedural posture and factual circumstances in this case. Either party may seek leave of Court to modify these limits pursuant to the standard established in *In re Katz Interactive Call Processing Patent Litigation*, 639 F.3d 1303 (Fed. Cir. 2011).

### A.     Consolidated Litigation Schedule Including Claim and Prior Art Reductions

The consolidated cases shall proceed on the following schedule, including the foregoing deadlines for limiting asserted claims and prior art, which are incorporated by reference below:

| Event | Deadline |
|---|---|
| Comply with P.L.R. 3-1 and 3-2 for '494 patent | April 22, 2014 |
| Comply with P.L.R. 3-3 and 3-4 for patents originally asserted in Case No. 13-cv-4398 | May 20, 2014 |
| Comply with P.L.R. 3-3 and 3-4 for the '494 patent | June 10, 2014 |
| Comply with P.L.R. 4-1 | July 15, 2014 |
| Comply with P.L.R. 4-2 | July 29, 2014 |
| Comply with P.L.R. 4-3 | August 12, 2014 |
| Comply with P.L.R. 4-4 | September 9, 2014 |
| Comply with P.L.R. 4-5(a) - Opening Claim Construction Brief | September 23, 2014 |
| Comply with P.L.R. 4-5(b) - Opposition Claim Construction Brief | October 7, 2014 |
| Comply with P.L.R. 4-5(c) - Reply Claim Construction Brief | October 14, 2014 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

106297819 v3

4.

CASE NO. 13-CV-04398 BLF
STIPULATED REPORT AND
RECOMMENDATION

| | |
|---|---|
| Claim Construction Hearing and Technical Tutorial | ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXe Court XXXX~~ |

The Special Master, after consultation with the parties, review of all briefing, and hearing oral argument from both sides, hereby recommends under Fed. R. Civ. Proc. 53 and the Order Appointing Mr. Brainerd as Special Master in Case No. C 13-04398 BLF (Docket No. 49) that the matters herein be adopted as an order of the Court.

Dated: April 23, 2014                     Respectfully submitted,

By: /s/ James Hannah
Paul J. Andre
Lisa Kobialka
James Hannah
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.


Respectfully submitted,

By: /s/ Orion Armon


COOLEY LLP
ANTHONY M. STIEGLER (Bar No. 126414)
(astiegler@cooley.com)
PAUL BATCHER (Bar No. 266928)
(pbatcher@cooley.com)
BRIAN LAM (Bar No. 272624)
(blam@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

106297819 v3                          5.                          CASE NO. 13-CV-04398 BLF
                                                                  STIPULATED REPORT AND
                                                                  RECOMMENDATION

ORION ARMON (pro hac vice)
(oarmon@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendant
WEBSENSE, INC.

/s/ *[signature]*

ALEXANDER L. BRAINERD, ESQ.
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2626
Facsimile: (415) 982-5287
jdienner@jamsadr.com

SPECIAL MASTER

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

106297819 v3

6.

CASE NO. 13-CV-04398 BLF
STIPULATED REPORT AND
RECOMMENDATION

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 23, 2014

*/s/ Beth Labson Freeman*
HON. BETH LABSON FREEMAN
United States District Judge

The Court adopts this Report and Recommendation, pursuant to Stipulation, with four changes. The Court, after consulting with the parties at the June 19, 2014 Case Management Conference, has set the Claims Construction tutorial for November 7, 2014. The Court has further set the Claims Construction hearing for November 21, 2014. Additionally, the Court has set the date for Finjan to file its "notice further limiting its asserted patent claims" for April 27, 2015, and has set the date for Websense to file its "notice further limiting its prior art invalidity defenses" for April 29, 2015. The remaining dates in the Report and Recommendation remain operative.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

106297819 v3

7.

CASE NO. 13-CV-04398 BLF
STIPULATED REPORT AND
RECOMMENDATION